COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        LaTanya Thompson v. Yellowfin Loan Servicing Corp., as the
                            Successor in Interest to IndyMac Bank, FSB

Appellate case number:      01-21-00147-CV

Trial court case number:    1156055

Trial court:                County Civil Court at Law No. 4 of Harris County

On April 27, 2021, appellant, LaTanya Thompson, filed an unopposed motion to extend time to file appellant's brief. In her motion, appellant states that the deadline for filing her brief is currently May 7, 2021, and requests an extension to May 24, 2021. However, our records reflect that a reporter's record has been requested but has not yet been filed. Also on April 27, 2021, we issued an order directing the official court reporter for the County Civil Court at Law No. 4 of Harris County to file the reporter's record for this case no later than May 27, 2021. Because the appellate record is not yet complete, the deadline for filing appellant's brief cannot yet be determined. *See* TEX. R. APP. P. 38.6(a).

Appellant's brief will be due no later than thirty days after the completion of the appellate record. *See* TEX. R. APP. P. 38.6(a). Accordingly, appellant's motion to extend time to file her brief is **dismissed as moot**.

It is so ORDERED.


Judge's signature: ____/s/ Amparo Guerra_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: __May 4, 2021___